UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PRGRAM FUND;
JOHN J. VIRGA *in his fiduciary capacity as Director*; *and* ROBERT BONANZA *as Business Manager of the Mason Tenders District Council of Greater New York*,

Plaintiffs,

– *against* –

HIGH TECH MASONS OF LONG ISLAND, INC.,

Defendant.

**ORDER**

14 Civ. 8535 (ER)

Ramos, D.J.:

On October 24, 2014, the plaintiffs filed a complaint against High Tech Masons of Long Island, Inc., seeking to confirm an arbitration award. The plaintiffs filed a certificate of service with the Court on November 24, 2014. High Tech Masons has not answered, and no further action has occurred in this case since 2014.

Accordingly, the plaintiffs are directed to provide the Court with a status update by Wednesday, February 5, 2020 and address whether this case may be dismissed under Federal Rule of Civil Procedure 41.

It is SO ORDERED.

Dated: January 29, 2020
New York, New York

_____
Edgardo Ramos, U.S.D.J.