**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND;
JOHN J. VIRGA in his fiduciary capacity as
Director, and ROBERT BONANZA as Business
Manager of the Mason Tenders District Council
Of Greater New York,

                Petitioners,                14 **CIVIL** 8535 (ER)

      -against-                    **JUDGMENT**

HIGH TECH MASONS OF LONG ISLAND,
INC.,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2020, the petitioners' motion is granted; the arbitration award is confirmed; and judgment is entered in favor of petitioners in the amount of $7,216.68 against High Tech Masons of Long Island; this judgment shall accrue post-judgment interest as mandate in 28 U,S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
         April 17, 2020

                                        **RUBY J. KRAJICK**
                                    _____
                                       **Clerk of Court**
             **BY:**
                          _____
                                        **Deputy Clerk**